IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADELYN CAREY, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| CHADDS FORD TAVERN, *Defendant* | : : : | No. 20-4236 |

## ORDER

**AND NOW**, this 22 day of November, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 18), Plaintiff's Response in Opposition (Doc. No. 21), Defendant's Reply (Doc. No. 24), and the Court having conducted oral argument on November 5, 2021, it is **ORDERED** that the Motion (Doc. No. 18) is **DENIED** for the reasons outlined in the Memorandum of the same date.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE